| OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|
| Fallen Productions, Inc. | *Angel Has Fallen* | PA2197434 |
| HB Productions, Inc. | *Hellboy* | PA2176664 |
| Rambo V Productions, Inc. | *Rambo V: Last Blood* | PA2202971 |
| Definition Delaware, LLC | *The Professor and the Madman* | PAu003920383 |

**Exhibit "1"**

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**
**PA 2-197-434**
**Effective Date of Registration:**
August 26, 2019
**Registration Decision Date:**
August 29, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Angel Has Fallen |
| **Previous or Alternate Title:** | Olympus Has Fallen 3 |
| **Nature of Claim:** | motion picture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | August 21, 2019 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

- **Author:** Fallen Productions, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Fallen Productions, Inc.
318 N. Carson St., #208, Carson City, NV, 89701

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | motion picture screenplay |
| **Previously registered:** | Yes |
| **Previous registration and year:** | PAu 3-917-080, 2017 |
| **New material included in claim:** | Cinematographic material including performance, production as a motion picture, editing and all audio visual elements including photography, dialogue |

Page 1 of 2

music and special effects

**Certification** _____

        **Name:** Rick Eyler
        **Date:** August 22, 2019

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**PA 2-176-664**

**Effective Date of Registration:**
April 12, 2019

## Title

**Title of Work:** Hellboy

**Previous or Alternate Title:** Hellboy 3

**Nature of Claim:** Motion Picture

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 10, 2019
**Nation of 1st Publication:** Belgium

## Author

- **Author:** HB Productions, Inc.
  **Author Created:** entire film
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** HB Productions, Inc.
318 N. Carson St., #208, Carson City, NV 89701

## Limitation of copyright claim

**Material excluded from this claim:** Motion Picture Screenplay, pre-registration of film
**Previously registered:** Yes
**Previous registration and year:** PAu 3-916-707, PRE000010470, 2017, 2018
**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Cinematographic material including performance, production as a motion picture, editing and all audio visual elements including photography dialogue, music and special effects

## Certification

**Name:** Rick Eyler
**Date:** April 11, 2019

**Correspondence:** Yes
**Copyright Office notes:** Regarding special handling request: Claim upgraded for Special Handling per request received on 5/21/2019 due to pending or prospective litigation. Registration decision and certificate issued on 5/24/2019.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tesla*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-202-971**

**Effective Date of Registration:**
September 23, 2019
**Registration Decision Date:**
September 25, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Rambo V: Last Blood |
| **Previous or Alternate Title:** | Rambo V |
| **Nature of Claim:** | Motion Picture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | September 20, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Rambo V Productions. Inc |
| **Author Created:** | entire film |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rambo V Productions. Inc |
| | 318 N Carson St.# 208, Carson City, NV, 89701 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | motion picture screenplay |
| **Previously registered:** | Yes |
| **Previous registration and year:** | PAu 3-948-985, 2018 |
| **New material included in claim:** | Cinematographic material including performance,production as a motion picture, editing and all audio visual elements including phography, dialogue,, music and special effects |

**Certification**

        **Name:** Rick Eyler
        **Date:** September 19, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tengle*

Acting United States Register of Copyrights and Director

**Registration Number**

**PAu 3-920-383**

**Effective Date of Registration:**
September 12, 2018

## Title

**Title of Work:** The Professor and the Madman

**Nature of Claim:** Motion Picture

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** Definition Films, DAC
  **Author Created:** Entire film
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Definition Delaware, LLC
116 N. Robertson Blvd., Suite 200, Los Angeles, CA, 90048, USA

**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** "The Professor and the Madman: A Tale of Murder, Insanity and the Making of the Oxford English Dictionary"/Simon Winchester, used by permission, and unpublished screenplay, "The Professor and the Madman," application filed March 21, 2018, No. 1-6409050081

**Previously registered:** Yes

**Previous registration and year:** TX0004848251, 1998
PAu003919285, 2018

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Cinematographic material including performance and all audio and visual elements

## Certification

        **Name:** Michael A. Hierl
        **Date:** September 11, 2018

**Copyright Office notes:** Regarding previous registration and material excluded: Information added from Copyright Office records.