| No | IP | Port | Client | Hit Date UTC |
|---|---|---|---|---|
| 1 | 72.130.106.50 | 13174 | BitTorrent 7.a.5 | 2019-11-13 00:25:59 |
| 2 | 98.150.187.65 | 51413 | Transmission 2.9.2 | 2019-12-13 07:08:52 |
| 3 | 76.173.57.106 | 65196 | [unknown Client] | 2019-12-07 06:40:18 |
| 4 | 72.130.140.6 | 50869 | µTorrent 6.1.4 | 2019-11-28 01:49:10 |
| 5 | 76.88.158.6 | 63099 | µTorrent 3.5.0 | 2019-11-27 12:04:49 |
| 6 | 66.75.65.163 | 39182 | µTorrent 3.5.5 | 2019-11-27 03:30:54 |
| 7 | 75.85.144.75 | 53904 | µTorrent 3.5.5 | 2019-11-25 01:23:19 |
| 8 | 24.25.245.185 | 45911 | µTorrent 3.5.5 | 2019-11-24 22:37:29 |
| 9 | 72.130.206.192 | 24721 | BitTorrent 7.a.5 | 2019-11-24 01:46:28 |
| 10 | 66.91.67.78 | 6881 | [unknown Client] | 2019-11-22 05:30:32 |
| 11 | 76.173.51.63 | 29708 | µTorrent 3.5.5 | 2019-11-22 05:29:16 |
| 12 | 66.91.48.178 | 58886 | µTorrent 3.5.5 | 2019-11-21 03:28:07 |
| 13 | 75.85.147.94 | 65324 | [unknown Client] | 2019-11-21 02:38:14 |
| 14 | 66.8.253.234 | 38519 | [unknown Client] | 2019-11-20 11:35:47 |
| 15 | 98.151.35.36 | 38553 | [unknown Client] | 2019-11-20 00:47:48 |
| 16 | 204.210.114.235 | 51413 | Transmission 2.9.2 | 2019-11-19 06:34:26 |
| 17 | 75.85.16.93 | 6881 | [unknown Client] | 2019-11-18 11:58:55 |
| 18 | 24.165.24.108 | 20481 | µTorrent 3.5.5 | 2019-11-18 11:16:15 |
| 19 | 66.27.202.128 | 18215 | BitTorrent 7.a.5 | 2019-11-17 06:46:10 |
| 20 | 76.173.245.22 | 38993 | µTorrent 5.4.4 | 2019-11-17 05:00:03 |
| 21 | 72.130.16.225 | 6881 | [unknown Client] | 2019-11-16 06:19:33 |
| 22 | 98.150.255.73 | 34660 | µTorrent 3.5.5 | 2019-11-15 08:05:35 |
| 23 | 72.130.167.114 | 54101 | µTorrent 3.5.5 | 2019-11-14 08:17:49 |
| 24 | 76.88.147.51 | 64499 | [unknown Client] | 2019-11-13 07:01:51 |
| 25 | 72.130.179.47 | 34881 | qBittorrent 4.1.8 | 2019-11-13 00:46:20 |
| 26 | 98.155.139.61 | 54802 | [unknown Client] | 2019-12-16 06:43:56 |
| 27 | 174.239.4.215 | 2102 | µTorrent 5.3.3 | 2019-12-09 05:27:02 |
| 28 | 174.239.1.6 | 1965 | µTorrent 5.3.3 | 2019-12-09 05:19:17 |
| 29 | 174.239.2.78 | 9956 | µTorrent 6.1.4 | 2019-11-28 08:21:29 |
| 30 | 174.239.5.106 | 8476 | µTorrent 6.1.4 | 2019-11-13 02:00:26 |

**Exhibit "2"**

| File Name |
|---|
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |

| File Hash | ISP | Region |
|---|---|---|
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Spectrum | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Verizon Wireless | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Verizon Wireless | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Verizon Wireless | Hawaii |
| SHA1: 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Verizon Wireless | Hawaii |

| City | Province |
| --- | --- |
| Kapolei | Honolulu County |
| Kula | Maui County |
| Honolulu | Honolulu County |
| Waipahu | Honolulu County |
| Honolulu | Honolulu County |
| 'Ewa Beach | Honolulu County |
| Wailuku | Maui County |
| Honolulu | Honolulu County |
| Mililani Town | Honolulu County |
| Kapolei | Honolulu County |
| Honolulu | Honolulu County |
| 'Aiea | Honolulu County |
| Kahului | Maui County |
| Honolulu | Honolulu County |
| Waipahu | Honolulu County |
| Honolulu | Honolulu County |
| 'Ewa Beach | Honolulu County |
| Honolulu | Honolulu County |
| Kaneohe | Honolulu County |
| Honolulu | Honolulu County |
| Makawao | Maui County |
| Kihei | Maui County |
| 'Aiea | Honolulu County |
| 'Ewa Beach | Honolulu County |
| Wahiawa | Honolulu County |
| Wailuku | Maui County |
| Honolulu | Honolulu County |
| Honolulu | Honolulu County |
|  | Honolulu County |
| Honolulu | Honolulu County |