| NO | IP | PORT | Status | Peer ID |
|---|---|---|---|---|
| 1 | 72.130.106.50 | 13174 | valid | 2D4254376135532DC3AFD26DC5BD833085A1D87F |
| 2 | 72.130.106.50 | 13174 | valid | 2D4254376135532DD8B0AEC28CDE79E623CF4EC7 |
| 3 | 72.130.106.50 | 60564 | valid | 2D4254376135532DD8B0DF99370D13EB0587B844 |
| 4 | 72.130.106.50 | 13174 | valid | 2D4254376135532DD8B019EBA8C5B5539FE7EF3A |
| 5 | 72.130.106.50 | 13174 | valid | 2D4254376135532DD8B067578E50A01B849CE4C9 |
| 6 | 72.130.106.50 | 13174 | valid | 2D4254376135532DD8B07E0583985983EFA20314 |
| 7 | 72.130.106.50 | 13174 | valid | 2D4254376135532DD8B00888927AEBAFD51386BF |

**Exhibit "3"**

| Torrent Hash | Torrent Name |
| --- | --- |
| AF452CBDEEBBD99B9727BC7A99A4FEFB0C71891A | The Professor And The Madman (2019) [WEBRip] |
| E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |

| Bit Field | Session Start | Transfer End | Session End |
|---|---|---|---|
| 100 | 6/13/2019 3:13:23 | 6/13/2019 3:13:28 | 6/13/2019 3:13:39 |
| 100 | 7/10/2019 20:23:47 | 7/10/2019 20:23:51 | 7/10/2019 20:24:07 |
| 100 | 7/10/2019 20:54:17 | 7/10/2019 20:54:23 | 7/10/2019 20:54:27 |
| 100 | 7/10/2019 22:15:09 | 7/10/2019 22:15:13 | 7/10/2019 22:15:30 |
| 100 | 7/10/2019 22:51:31 | 7/10/2019 22:51:37 | 7/10/2019 22:52:16 |
| 100 | 7/11/2019 0:00:55 | 7/11/2019 0:01:01 | 7/11/2019 0:01:08 |
| 100 | 7/11/2019 0:54:15 | 7/11/2019 0:54:21 | 7/11/2019 0:54:24 |