CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Fallen Productions, Inc., et. al., | ) | **Case No.: 1:20-cv-033** |
| | ) | (Copyright) |
| Plaintiffs, | ) | |
| vs. | ) | **CORPORATE DISCLOSURE** |
| | ) | **STATEMENT** |
| DOE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

CORPORATE DISCLOSURE STATEMENT

Plaintiffs hereby submits their Corporate Disclosure Statement pursuant to Rule 7.1, Fed. R. Civ. P.

Plaintiffs Fallen Productions, Inc., HB Productions, Inc. and Rambo V Productions, Inc. state they are owned by Millennium Funding, Inc.  No publicly held corporation owns more than 10% of its stock.

20-022B

Plaintiff Definition Delaware, LLC is owned by Voltage Productions, LLC, and no publicly held corporation owns any of its stock.

DATED: Kailua-Kona, Hawaii, January 23, 2020.

        CULPEPPER IP, LLLC

        /s/ Kerry S. Culpepper
        Kerry S. Culpepper

        Attorney for Plaintiffs