CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Fallen Productions, Inc., et al. | ) | **Case No.: 1:20-cv-33 JAO-RT** |
| | ) | (Copyright) |
| Plaintiffs, | ) | |
| vs. | ) | **PLAINTIFFS' SCHEDULING** |
| | ) | **CONFERENCE STATEMENT** |
| DOE, et al. | ) | |
| | ) | DATE:  3/23/2019 |
| Defendants. | ) | TIME:  9:30 A.M. |
| | ) | JUDGE: MAGISTRATE JUDGE |
| | ) | ROM TRADER |
| | ) | |
| | ) | |

PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT

Come now Plaintiffs Fallen Productions, Inc., HB Production, Inc., Rambo V

Productions, Inc. and Definition Delaware, LLC ("Plaintiffs"), and hereby submit

their scheduling conference statement pursuant to Rule 16.2 of the Local Rules of

Practice for the United States District Court for the District of Hawaii.

I.      NATURE OF THE CASE

20-cv-33

Plaintiffs allege that Defendants DOE ("Defendants") directly infringed and contributed to copyright infringement of their Copyright protected motion pictures ("Works") in violation of the United States Copyright Act, 17 U.S.C. 101 §§ et. seq.

Plaintiffs were previously granted leave to subpoena these Defendants' Internet Service Provider ("ISP") in order to obtain the identities of the subscribers of the IP addresses [Doc. #8].  Plaintiffs served a third party subpoena on Spectrum on February 19, 2020.

Regrettably, Plaintiffs' Memorandum in Support of their First Motion for Early Discovery [Doc. #7-1] only referred to Spectrum.  Thus, the Order Granting the First Motion [Doc. #8] of Feb. 18, 2020 also refers only to Spectrum.  However, the ISP for the subscribers at the Internet Protocol addresses Nos. 27-30 shown in Exhibit "2" [Doc. #1-2] is Verizon Wireless.  Accordingly, Plaintiffs submitted a Second Motion [Doc. #10] requesting that the Court grant an Order allowing Plaintiffs to serve a subpoena on Verizon Wireless on the same terms and conditions of the Order granting leave to serve a subpoena on Spectrum.

## II.   JURISDICTION AND VENUE

Plaintiffs do not anticipate that there will be any meritorious disputes regarding jurisdiction or venue.  This Court has subject matter jurisdiction over this action pursuant to 17 U.S.C. §§ 101, et. seq., (the Copyright Act), 28 U.S.C. §

20-022A

1331 (federal question), and 28 U.S.C. § 1338 (patents, copyrights, trademarks, and unfair competition).  Furthermore, Defendants either reside in, solicit, transact, or is doing business within this jurisdiction, and have committed unlawful and tortious acts both within and outside this jurisdiction with the full knowledge that their acts would cause injury in this jurisdiction.  As such, Defendants have sufficient contacts with this judicial district to permit the Court's exercise of personal jurisdiction over each.

Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) - (c) because: (a) all or a substantial part of the events or omissions giving rise to the claims occurred in this District.

III.   DEMAND FOR JURY TRIAL

Plaintiffs demanded a jury trial in the Complaint.

IV.   INITIAL DISCLOSURES

Plaintiffs will submit their initial disclosures in accordance with the rules after the Rule 26(f) conference with each Defendant.

V.   DISCOVERY AND MOTIONS

There is no pending discovery.  Plaintiffs have not yet, but may in the future, file dispositive motions.

VI.   SPECIAL PROCEDURES

Plaintiffs request that this scheduling conference be continued until after one

3

20-022A

or more of Defendants DOE answers the Complaint which will likely be no earlier than July 1, 2020.

VII.   <u>RELATED CASES</u>

     This case deals with legal issues that are similar to those in case 1:19-cv-169 LEK-KJM (distributing torrent files of Plaintiffs' Works via the websites YTS.LT, YTS.AG).

VIII.   <u>ADDITIONAL MATTERS</u>

     None.

     DATED: Kailua-Kona, Hawaii, March 17, 2020.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiffs

20-022A