ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2020

at 5 o'clock and 36 min. P M
SUE BEITIA, CLERK

April 9, 2020

## US DISTRICT COURT, DISTRICT OF HAWAII

300 ALA MOANA BLVD #C338
HONOLULU, HI 96850

This letter is in regard to Civil No. 20-00033 JAO-RT

The purpose of this letter is to file an objection to a Subpoena I received for copyright infringement. The attorney listed on the Subpoena tried to get my contact information with my internet provider since it was linked to my account, therefore Charter Communications reached out to me to make me aware and mailed a copy of the Subpoena. After speaking to my internet provider and reading the Subpoena, I see that they are stating that specific movies were downloaded illegally, and these actions were linked to an IP connected to my internet service. I have spoken to my spouse and we have checked our computer and devices for any of these activities that we might have not been aware of and we found nothing, we are not responsible for these actions stated in the Subpoena. We have taken the measures in our hands as far as changing the internet password to ensure no one is accessing it without permission specially to do illegal activities such as the mentioned copyright infringements. At this point, I do not understand why we would have to be responsible for actions that me or my spouse have nothing to do with. Please take this letter into consideration. Again, this letter is an objection to Civil No. 20-00033 JAO-RT.

Anonymous

Received By Mail
Date 4/13/20