CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Fallen Productions, Inc., et al., | ) | **Case No.: 1:20-cv-33-JAO-RT** |
| | ) | (Copyright) |
| Plaintiffs, | ) | |
| vs. | ) | PLAINTIFFS' NOTICE OF |
| | ) | WITHDRAWAL OF SECOND |
| | ) | MOTION FOR EXTENSION OF |
| MICAL MESOT, et. al. | ) | TIME TO SERVE SECOND |
| | ) | AMENDED COMPLAINT AND |
| Defendants. | ) | SUMMONS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

PLAINTIFFS' NOTICE OF WITHDRRAWAL SECOND MOTION FOR EXTENSION OF TIME TO SERVE SECOND AMENDED COMPLAINT AND SUMMONS

Plaintiffs Fallen Productions, Inc., HB Production, Inc., Rambo V Productions, Inc. and Definition Delaware, LLC, by and through their counsel, withdraw their second motion for an extension of time to serve process for an additional 45 days filed on July 17, 2020 [Doc. #31]. The Defendant was served today.

DATED: Kailua-Kona, Hawaii, July 18, 2020.

                          CULPEPPER IP, LLLC

                     <u>/s/ Kerry S. Culpepper</u>
                     Kerry S. Culpepper

                     Attorney for Plaintiffs