CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Fallen Productions, Inc., et al. | ) | **Case No.: 1:20-cv-33-JAO-RT** |
| | ) | **(Copyright)** |
| Plaintiffs, | ) | |
| vs. | ) | REQUEST FOR CLERK TO ENTER |
| | ) | DEFAULT AGAINST DEFENDANT |
| MICAL MESOT, | ) | MICAL MESOT; DECLARATION |
| | ) | OF COUNSEL; PROPOSED |
| Defendant. | ) | ORDER; CERTIFICATE OF |
| | ) | SERVICE |

REQUEST FOR CLERK TO ENTER DEFAULT AGAINST
<u>DEFENDANT MICAL MESOT</u>

TO: CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Fed R. Civ. P. 55(a), Plaintiffs Fallen Productions, Inc., HB Production, Inc., Rambo V Productions, Inc. and Definition Delaware, LLC ("Plaintiffs") hereby apply for entry of default by the Clerk of the Court against

20-022B 20-cv-33

Defendant Mical Mesot ("Defendant").  Defendant was personally served a copy of the Second Amended Complaint ("SAC") on July 18, 2020.  *See* Proof of Service

Defendant's responsive pleading to the SAC was due on or before August 10, 2020 per Fed R. Civ. P. 15(a)(3).  Defendant has failed to appear or otherwise defend.

For these reasons, Plaintiff request that the Clerk of the Court enter default judgment on all claims plead in the FAC against Defendant Mical Mesot.

DATED: Kailua-Kona, Hawaii, August 11, 2020.


CULPEPPER IP, LLLC


 /s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiffs

20-022B 20-cv-33