UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Fallen Productions, Inc., et al. ) | **Case No.: 1:20-cv-33-JAO-RT** |
| ) | (Copyright) |
| Plaintiffs, ) | |
| vs. ) | DECLARATION OF COUNSEL |
| ) | |
| MICAL MESOT, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

<u>DECLARATION OF COUNSEL</u>

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1.     I am an attorney and represent the Plaintiffs, I have personal knowledge of the matters stated herein, and this declaration is given in support of Plaintiffs' Motion for Default Judgment.

2.     On July 20, 2020 I left a voice mail message with Defendant requesting that he inform me of when he was available to have the Rule 26 Conference or if had engaged counsel.  He never replied to my voice mail message.

3.      Defendant's      publicly      available      Linkedin      profile      at

https://www.linkedin.com/in/mical-mesot-7b2218110/ [last accessed on August 13,

2020] indicates that he previously worked in the US Army performing helicopter

inspections and technical maintenance.

4.      Defendant's publicly available Facebook website includes the name

"angelswarcry" and includes a photograph of a helicopter. *See*

https://www.facebook.com/angelswarcry/likes_all [last accessed on July 1, 2020].

5.      According to many websites, angel is a slang for helicopter. *See*

https://sierrahotel.net/pages/aviation-slang-pilot-slang [last accessed on August 13,

2020] ("Angel - Carrier rescue helicopter").

6.      As shown in Exhibit "4" to the Second Amended Complaint, Defendant

used the email address "angelswarcry@gmail.com" to login to the YTS website

from IP address 72.130.106.50.

```
email: angelswarcry@gmail.com
last used ip: 72.130.106.50
date downloaded: 2019-11-30 01:29:50
IP Address city: Kapolei, state: Hawaii, zip code: 96707
169. ----------------------------
```

7.      The Internet Service Provider Charter identified Defendant as the

subscriber at IP address 72.130.106.50.

2

8.     The name chosen for the email address that logged into YTS is remarkable similar with Defendants' chosen name for his Facebook website and his publicly identified interests and career experience.

9.     I have direct knowledge of the legal services performed for Plaintiff and the costs incurred in filing this action.

10.     Plaintiffs seek an award of attorney's fees for legal services and for its costs of suit as described in detail below.

**Plaintiff's Costs**

| Date | Description | Amount |
|------|-------------|--------|
| 1/23/2020 | Complaint Fee [Doc. #1] | 400 |
| 4/1/2200 | Charter IP address lookup fee | 2600 |
| 12/4/2019 | Fee to personally serve Defendant | 162.30 |
|  | TOTAL | 3162.30 |

**Kerry Culpepper's Attorney Fees**

| Date | Description | Hours | Code |
|------|-------------|-------|------|
| 11/25-11/27/2019 | Email exchange with Senthil Segaran (operator of YTS website) to obtain user data for uploader/downloader of Angel Has Fallen movie to YTS.LT; | 0.25 | A |
| 3/23/2020 | Preparing proposed certificate of authority to Segaran and sending for signature | 0.50 | A |

3

| 1/21/2020 | Communication with MEU re infringement captures for Defendant's swarm; Preparing draft declaration for Daniel Arheidt [Doc. #1-4] | 1 | A |
|---|---|---|---|
| 1/23/2020 | Preparing and Filing Complaint [Doc. #1]<br>- Studying observed IP address downloads of Defendant<br>- Pulling screenshots of YTS website | 4 | B |
| 2/2/2020 | Preparing and Filing *Ex Parte Motion* for Early Discovery [Doc. #8] | 0.25 | E |
| 2/18/2020 | Studying Order Granting Motion [Doc. #13] | 0.25 | E |
| 2/18/2020 | Preparing Subpoena to Charter; Submitting to Charter via online portal | 1 | E |
| 2/20/2020 | Preparing and submitting first motion to extend time to serve | 0.25 | E |
| 3/17/2020 | Preparing and submitting scheduling conference statement | 0.25 | E |
| 4/1/2020 | Email exchange with Charter re subpoena; payment for production fee | 0.25 | A |
| 5/4/2020 | Email exchange with Charter re status of response to subpoena; sending Charter copy of EO [Doc. #19] | 0.25 | A |
| 5/4/2020 | Studying Charter response to Subpoena with Subscriber data | 1 | A |
| 5/7/2020 | Researching public info of Defendant | 0.5 | A |
| 5/21/2020 | Preparing and Filing Motion for leave to file first amended complaint (FAC) [Doc. #20] | 0.75 | E |
| 6/8/2020 | Filing FAC | 0.25 | B |

| 7/3/2020 & 7/6/2020 | Preparing and filing motion for leave to file second amended complaint (SAC) [Doc. #25] | 3.5 | E |
|---|---|---|---|
| 7/9/2020 | Filing Second Amended Complaint; Request for Summons | 1.5 | B |
| 7/13/2020 & 7/17/2020 | Email with Process Server re Serve Request – sending photograph of Defendant and description; Follow up emails re Serve Status | 0.75 | A |
| 7/17/2020 | Preparing and Filing Motion to Extend Time to Serve [Doc. #31] | 0.75 | E |
| 7/20/2020 | Tel Call to Defendant to Request Rule 26 Conference | 0.25 | A |
| 7/21/2020 | Preparing and Filing Updated Scheduling Conference Statement [Doc. #34] | 0.50 | E |
| 8/11/2020 | Preparing and Filing Request for Entry of Default [Doc. #37]<br>- Searching Lexis Records to determine whether Defendant is active duty (inconclusive)<br>- Searching SRA records of Defense Manpower Data Center (DMDC of the Department of Defense (DoD) to obtain certificate of records for Defendant (note required registering for an account) | 2 | E |
| 8/12/2020 | Preparing Motion for Default Judgment<br>-reviewing pleading history<br>-reviewing cases on liability for extraterritorial infringements and limits of right of distribution<br>-reviewing laws in support of calculation of actual damages based upon retail price and number of infringements | 5 | E |
| 8/13/2020 | Preparing Motion for Default Judgment | 3 | E |

| | | | |
|---|---|---|---|
| | -Studying Defendant's publicly available Facebook page and linkedin records<br>-Calculating Fees | | |
| 8/13/2020 | Preparing Bill of Costs and Tabulating Attorneys Fees for Motion | 1 | E |
| | TOTAL HOURS | | |

A.  Case Development, Background Investigation, and Case Administration:

KERRY CULPEPPER    4.75 hour @ $250/hour =      $ 1187.50

B. Pleadings

KERRY CULPEPPER    5.75 hour @ $250/hour =      $ 1437.50

E. Motions Practice

KERRY CULPEPPER    18.50 hours @ $250/hour =    $ 4625

Total for All Litigation Phases: A + B + E =      $ 7250

Summary of Fees by Attorney

KERRY CULPEPPER    29 hours @ $250/hour =      $ 7,250

JOSHUA LEE (Law Clerk) 3.75 hours @ $125/hour =    $ 468.75

State Tax (4.712%)                $ 363.71

Costs                      $ 3162.30

**Total Fees and Tax**                **$ 11,244.76**

11.    The hourly rate charged for the foregoing services by declarant were at or below rates customarily charged in the community for similar work by attorneys of similar, experience, ability, and standing in the Honolulu legal community, and is at the rate awarded by this Court in a similar, prior default action.  I specialize in intellectual property, particularly electrical and computer software technology.

12.    I am a solo practitioner specializing in intellectual property, particularly electrical and computer software technology.  I have been licensed to practiced law in Virginia since 2000 and in Hawaii since 2012.  I have been licensed to practice before the United States Patent and Trademark Office since 2000.  I have a Bachelor of Civil Engineering and a Master of Science in Electrical Engineering.  I have litigation experience in copyright, trademark and patent infringement.  I was selected by a committee of the American Intellectual Property Law Association ("AIPLA") to be a delegate for a joint meeting between AIPLA and the Japan Patent Attorney Association (JPAA) on April 8, 2014.  I have given lectures to other patent attorneys and agents at the conference for the National Association of Patent Practitioners in 2016 and in July of 2019.

13.    Declarant's hourly rate of $250 is below the 2014 mean hourly rate of $379 for a solo practitioner specializing in Electrical technologies according to the AIPLA 2015 Report of the Economic Survey. Am. Intellectual Prop. Law Ass'n, *Report of the Economic Survey* (2015), at I-15. Exhibit 4.

14.     The legal services performed by declarant were reasonable and necessary in connection with the proceedings in the above captioned matter.

15.     The total fee requested is reasonable and in accordance with the standards of Hawaii Rules of Professional Conduct Rule 1.5.

I declare under penalty of perjury that the foregoing is true and correct.


DATED: Kailua-Kona, Hawaii, August 13, 2020.

CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
Kerry S. Culpepper