UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Fallen Productions, Inc., et al.<br><br>　　　　　　　Plaintiffs,<br>　vs.<br>MICAL MESOT,<br>　　　　　　　Defendant. | **Case No.: 1:20-cv-33-JAO-RT**<br>**(Copyright)**<br><br>DECLARATION OF JOSHUA J. LEE |

<u>DECLARATION OF JOSHUA J. LEE</u>

JOSHUA J. LEE, hereby declares under penalty of law that the following is true and correct:

1.　I am employed as associate attorney for Plaintiffs' counsel. I have personal knowledge of the matters stated herein, and this declaration is given in support of Plaintiffs' Motion for Default Judgment ("Motion") against Defendant Mical Mesot ("Defendant").

**Legal Services**

2.　I have direct knowledge of the legal services performed for Plaintiffs in filing this action.

1

3. Plaintiffs seek an award of attorney's fees for legal services and for its costs of suit as described in detail below.

**Joshua Lee's Attorney/Law Clerk Fees**

| Date | Description | Hours | Code |
|------|-------------|-------|------|
| 8/13/2020 | Preparing Memorandum in Support of Motion for Default Judgment<br>-Studying recent default judgment decisions;<br>-proofreading motion, including checking all citations and legal arguments;<br>-adding table of contents and table of authorities;<br>-editing and finalizing memorandum; | 3.25 | E |
| 8/13/2020 | Preparing Declaration and Tabulating Attorney Fees for Memo | 0.5 | E |
|  | TOTAL HOURS | 3.75 |  |

E. <u>Motions Practice</u>

    JOSHUA LEE   3.75 hours @ $125/hour =    $ 468.75

    **Total Fees**    **$ 468.75**

4. The hourly rate proposed to be charged for the foregoing services by me were at or below rates customarily charged in the community for similar work by attorneys of similar, experience, ability, and standing in the Honolulu legal community. Declarant specializes in intellectual property, particularly biological materials and medical devices.

5. I graduated from University of Washington School of Law in June of 2020. The Washington State Bar notified me of my admittance, and my swearing-in date will be August 20, 2020.

6. I am licensed to practice before the United States Patent and Trademark Office since 2020. I have a Bachelor of Arts in Biological Sciences from Vanderbilt University, and a Master of Science in Food Science and Technology from Virginia Tech. I have experience in intellectual property prosecution and infringement. I was selected by the University of Washington School of Law to be the recipient of the Thurston Legal Scholarship, as well as a member of the Diversity, Equity, and Inclusion Board.

7. Declarant's hourly rate of $125 is below the 2014 mean hourly rate of $250 for an associate attorney at a private firm according to the AIPLA 2015 Report of the Economic Survey. Am. Intellectual Prop. Law Ass'n, *Report of the Economic Survey* (2015), at I-36.

8. The legal services performed by declarant were reasonable and necessary in connection with the proceedings in the above captioned matter.

9. The total fee requested is reasonable and in accordance with the standards of Hawaii Rules of Professional Conduct Rule 1.5.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, August 13, 2020.

CULPEPPER IP, LLLC

/s/ Joshua J. Lee
Joshua J. Lee